UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| GROUP DEKKO, INC. and FURNLITE, INC., | ) ) ) |
| *Plaintiffs,* | ) ) |
| VS. | ) ) Civil Action No. 1:23-cv-465 |
| METRO LIGHT & POWER, LLC, | ) ) ) |
| *Defendant.* | ) |

## SUPPLEMENT TO COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiffs, Group Dekko, Inc. and Furnlite, Inc., by counsel, file their Supplement to Complaint for Declaratory Judgment. For its supplement, Plaintiffs state as follows:

1. On November 1, 2023, Plaintiffs filed their Complaint for Declaratory Judgment.

2. Plaintiffs failed to attach the Exhibits to the Complaint. As such, Plaintiffs attach as **Exhibits A, B, C and D** to the Complaint for Declaratory Judgment which were omitted from the initial filing.

Respectfully submitted,

HALLERCOLVIN PC
ATTORNEYS FOR PLAINTIFFS
444 EAST MAIN STREET
FORT WAYNE, INDIANA 46802
TELEPHONE: (260) 426-0444
FAX: (260) 422-0274
EMAIL: jsf@hallercolvin.com
EMAIL: cheiny@hallercolvin.com

BY: /s/ *J. Spencer Feighner*
    J. SPENCER FEIGHNER (#27099-02)
    CHARLES J. HEINY (#15191-02)