

# SpencerFane

Danielle Healey
Partner
Direct Dial: 713-212-2697
dhealey@spencerfane.com

August 15, 2023

**VIA FEDERAL EXPRESS**

Mr. David Burnworth
President & Chief Executive Officer
Group Dekko Inc.
7310 Innovation Blvd., Suite 104
Fort Wayne, IN 46818

Re:   Request that Dekko and Furnlite Respect Metro's Trade Dress

Dear Mr. Burnworth:

I represent Metro Light & Power (Metro).

Metro has developed a significant market for its range of Furniture Power Distribution Units (FPDUs), with its "Bezel" Trim, throughout the entire scope of sizes and module configurations sold in the hospitality and commercial/office markets. https://www.metrolightandpower.com/configurator.

These products are sold extensively throughout the hospitality and commercial/office markets, where customers recognize their "look" (e.g., slim diminutive exterior trim, flush-with-surface mounting method, narrow case and sleek design) as associated with Metro (photos of two examples of the Bezel products are attached).

It has been brought to Metro's attention that Dekko/Furnlite is showing products to Metro's customers that copy, or are so close in design to, Metro's Bezel products, that they appear to be part of Metro's Bezel product line. Metro's customers have brought your products to our attention. Your product is causing confusion with Metro products (e.g., slim diminutive exterior trim, flush-with-surface mounting method, narrow case and sleek design). We ask that your organization stop showing, and selling products that appear to be the same as Metro's Bezel products or that look so similar as to cause confusion in the market. Furnlite's conduct infringes Metro's trade dress, causes consumer confusion, and potentially, among other things, violates 15 U.S. Code § 1125(a)(1). Metro does not want a lawsuit. Litigation is burdensome and distracting in any business, and should never be necessary to protect creative work.

Please confirm in writing by August 31, 2023, that your company has stopped selling its version of Metro's Bezel's products.

If our request is unclear or seems to be unnecessary or inappropriate, please let's talk this out.



**SpencerFane**

August 15, 2023
Page 2

Regards,

Spencer Fane LLP

*/s/ Danielle Healey*

Danielle Healey
Partner

DJH/kl
Enclosure

cc: Mr. Doug Clay
    Senior Vice President Operations
    Mr. Keith (Rusty) Helms
    General Manager
    Mr. Patrick Gammons
    VP of Finance
    Furnlite Inc.
    344 Wilson Rd
    Fallston NC 28042





EXHIBIT C