EXHIBIT D



TODD T. TAYLOR
JOSEPH S. EDELSTEIN
MAX W. GARWOOD
KELLY R. BAILEY
GARY M. GRON*

OF COUNSEL*

142 SOUTH MAIN STREET
P. O. BOX 560
AVILLA, IN 46710

TELEPHONE (260) 897-3400
FAX (260) 897-9300

Via email

August 31, 2023

Danielle Healey, Esq.
Spencer Fane
3040 Post Oak Blvd.
Suite 1400
Houston, TX  77056

RE:   Alleged Trade Dress Infringement
      Our Ref.:  GRD0000
      Your Ref.:

Dear Ms. Healey,

    This law firm represents the intellectual property legal interests of Group Dekko, Inc. (Dekko).  We are in receipt of your letter dated August 15, 2023, addressed to Mr. David Burnworth.

    Dekko values it's own IP pertaining to power/charging/data modules, and likewise respects the valid IP of all third party competitors.  To that end, Dekko has obtained several design patents on the ornamental appearance of linear type power and data modules.  For example, reference is made to US Design Patent Nos. D755,128; D812,009; and D856,937 (attached).  The '128 design patent is directed to a desktop receptacle with linearly arranged power recepts and a single data port.  A sleek bezel surrounds the linear power and data ports.  The '009 and '937 design patents are directed to clamp-on type desktop receptacle which still have a linear face with the power, data and charging ports.

    As you are aware, under applicable court precedent, trade dress protection is not available for functional features of a product.  The linear arrangement of the ports on the face of desktop modules is the most efficient and least space consuming layout, and therefore is a functional feature.  Trade dress protection is thus not broadly available for a linear layout.

    Additionally, linear layouts for desktop modules are well known prior to the Metro products, as evidenced by the filing date of 2014 on the Dekko '128 design patent.  Thus, any trade dress protection is limited to a specific configuration of ports on the Metro designs.

    If you are aware of any specific products offered by Dekko which you believe to be a problem, please send us a picture of that product, and the corresponding Metro product, and we would be happy to discuss this matter further.  We appreciate your cooperation, and would likewise prefer to work out any legitimate complaint by Metro.  Thank you.

Very truly yours,

*Todd T. Taylor*

Todd T. Taylor

TTT/tf

## (12) United States Design Patent
### Page et al.

(10) Patent No.: **US D755,128 S**
(45) Date of Patent: ** **May 3, 2016**

(54) **DESKTOP RECEPTACLE**

(71) Applicant: **Group Dekko, Inc.**, Garrett, IN (US)

(72) Inventors: **Richard J. Page**, Lake Villa, IL (US); **Brian Rupert**, Kendallville, IN (US)

(73) Assignee: **Group Dekko, Inc.**, Garrett, IN (US)

(**) Term: 14 Years

(21) Appl. No.: 29/497,325

(22) Filed: **Jul. 23, 2014**

(51) LOC (10) Cl. ............................................. 13-03
(52) U.S. Cl.
 USPC ................................................... D13/139.4
(58) Field of Classification Search
 USPC .......................... D13/139.4, 139.5, 156, 160,
  D13/137.1–137.3, 139.6–139.8, 152, 139.1;
  361/753, 601; 174/56
 CPC ......... H05K 9/0039; H01R 13/70; H02G 3/18
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D361,315 S | * | 8/1995 | Wedell et al. | D13/160 |
| 5,566,053 A | * | 10/1996 | Chou | 361/753 |
| D401,555 S | * | 11/1998 | Tam | D13/137.3 |
| D469,063 S | * | 1/2003 | Nieto et al. | D13/137.2 |
| D514,067 S | * | 1/2006 | Lee | D13/137.2 |
| D581,874 S | * | 12/2008 | Zhou | D13/139.6 |
| 7,663,866 B2 | * | 2/2010 | Lee et al. | 361/601 |
| D626,071 S | * | 10/2010 | Su et al. | D13/139.8 |
| D674,349 S | * | 1/2013 | Lee et al. | D13/139.8 |
| D679,256 S | * | 4/2013 | Ericksen et al. | D13/156 |
| D695,693 S | * | 12/2013 | Lee et al. | D13/152 |
| D703,139 S | * | 4/2014 | Dodal et al. | D13/139.1 |
| D712,838 S | * | 9/2014 | Beldock et al. | D13/139.5 |
| D715,225 S | * | 10/2014 | Mininger et al. | D13/139.4 |
| D721,043 S | * | 1/2015 | Tonnesen | D13/156 |
| D721,653 S | * | 1/2015 | Lee et al. | D13/139.3 |
| 2009/0294147 A1 | * | 12/2009 | Stockton | 174/56 |

* cited by examiner

Primary Examiner — Holly Baynham
Assistant Examiner — Rhea Shields
(74) Attorney, Agent, or Firm — Taylor IP, P.C.

(57) **CLAIM**

The ornamental design for a desktop receptacle, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a desktop receptacle showing our new design;
FIG. **2** is a rear perspective view thereof;
FIG. **3** is a top view thereof, additionally the bottom view is omitted because this view is identical to FIG. **3**;
FIG. **4** is a front view thereof;
FIG. **5** is a side view thereof, additionally the opposite side view is omitted because this view is a mirror image of FIG. **5**; and,
FIG. **6** is a rear view thereof.
In the drawings, the broken lines are for the purpose of illustrating environment only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





Fig. 1

Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6

| | | |
|---|---|---|
| (12) | **United States Design Patent** | (10) Patent No.: **US D856,937 S** |
| | Rupert | (45) Date of Patent: ⁂⁂ **Aug. 20, 2019** |

(54) **DESKTOP RECEPTACLE**

(71) Applicant: **Group Dekko, Inc.**, Garrett, IN (US)

(72) Inventor: **Brian Rupert**, Kendallville, IN (US)

(73) Assignee: **Group Dekko, Inc.**, Garrett, IN (US)

(**) Term: 15 Years

(21) Appl. No.: **29/641,449**

(22) Filed: **Mar. 22, 2018**

(51) LOC (12) Cl. .............................................. **13-03**
(52) U.S. Cl.
    USPC ..................................... **D13/139.4**
(58) Field of Classification Search
    USPC ............. D13/107, 108, 110, 123, 133,
        D13/137.1–137.4, 138.1–138.2,
        D13/139.1–139.8, 147, 152–154, 158,
        D13/160; D14/433; D8/356
    CPC .. H01R 25/00; H01R 25/006; H01R 13/6675;
        H01R 13/10; H01R 13/44; H01R 13/66;
        H01R 13/652; H01R 31/00; H01R
        31/065; H01R 11/00; H01R 9/00; H01R
        27/02; H01R 31/005; H01H 2207/00;
        H01H 2207/022; H05K 5/00; G06F
        13/4022; G06F 13/13; G06F 1/1632;
        G06F 1/1684; G06F 1/20; G06F 1/1607
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,485,327 | B1 * | 11/2002 | Morlock ............. | H01R 25/003 439/216 |
| D560,165 | S * | 1/2008 | Matityahu ............. | D13/133 |
| D740,228 | S * | 10/2015 | Page ............. | D13/139.4 |
| D744,951 | S * | 12/2015 | Oosterman ............. | D13/139.1 |
| D755,128 | S * | 5/2016 | Page ............. | D13/139.4 |
| D755,129 | S * | 5/2016 | Page ............. | D13/139.4 |
| D762,175 | S * | 7/2016 | Byrne ............. | D13/137.2 |
| 9,614,336 | B2 * | 4/2017 | Los ............. | H01R 27/02 |
| D788,039 | S * | 5/2017 | Page ............. | D13/139.1 |
| 9,706,833 | B2 * | 7/2017 | Newhouse ............. | A47B 21/06 |
| 9,755,385 | B1 * | 9/2017 | Kondas ............. | H01R 13/74 |
| D798,818 | S * | 10/2017 | Kondas ............. | D13/139.4 |
| D799,428 | S * | 10/2017 | Kondas ............. | D13/139.4 |
| D801,276 | S * | 10/2017 | Lin ............. | D13/139.7 |
| D801,936 | S * | 11/2017 | Rose ............. | D13/139.4 |
| D801,937 | S * | 11/2017 | Rose ............. | D13/139.4 |
| D804,419 | S * | 12/2017 | Hayes ............. | D13/139.4 |
| 9,837,813 | B2 * | 12/2017 | Newell ............. | H02H 7/22 |
| D808,339 | S * | 1/2018 | Page ............. | D13/139.4 |
| D812,009 | S * | 3/2018 | Hayes ............. | D13/139.4 |
| D816,037 | S * | 4/2018 | Byrne ............. | D13/137.2 |
| 10,116,094 | B2 * | 10/2018 | Byrne ............. | H01R 13/641 |
| D840,347 | S * | 2/2019 | Byrne ............. | D13/139.4 |

OTHER PUBLICATIONS

Dekko.com: Ashley Link 30. Published Mar. 25, 2019. Retrieved from the internet at <http://www.dekko.com/power-data-product/ashley-link-30/>, Mar. 25, 2019. 1 page. (Year: 2019).*

* cited by examiner

*Primary Examiner* — Rosemary K Tarcza
*Assistant Examiner* — Christy M Nemeth
(74) *Attorney, Agent, or Firm* — Taylor IP, P.C.

(57) **CLAIM**

The ornamental design for a desktop receptacle, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a desktop receptacle showing my new design;
FIG. **2** is a front view thereof;
FIG. **3** is a top view thereof; and,
FIG. **4** is a side view thereof.
In the drawings, the broken lines represent subject matter of the desktop receptacle that forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**






FIG. 1



FIG. 2



FIG. 3



FIG. 4

US00D812009S

(12) **United States Design Patent**    (10) Patent No.:    **US D812,009 S**
Hayes et al.    (45) Date of Patent:    ** *Mar. 6, 2018

(54) **DESKTOP RECEPTACLE**

(71) Applicant: **Group Dekko, Inc.**, Garrett, IN (US)

(72) Inventors: **Daniel Hayes**, Kendallville, IN (US); **Raymond Riner**, Fort Wayne, IN (US)

(73) Assignee: **Group Dekko, Inc.**, Garrett, IN (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: 15 Years

(21) Appl. No.: 29/585,322

(22) Filed: **Nov. 22, 2016**

(51) LOC (11) Cl. ............................................. 13-03
(52) U.S. Cl.
    USPC .................................................. D13/139.4
(58) **Field of Classification Search**
    USPC ............... D13/108–110, 133, 137.1–137.4,
        D13/138.1–138.2, 139.1–139.8, 152–154,
        D13/156, 173, 177, 151, 146, 147;
        D14/433, 435.1, 432; D8/350–353, 331
    CPC .... H01R 25/00; H01R 25/006; H01R 25/003;
        H01R 9/00; H01R 11/00; H01R 3/00;
        H02J 2007/0062; H05K 5/02
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D506,441 | S | | 6/2005 | Lichtscheidl et al. | |
| D549,654 | S | | 8/2007 | Kent et al. | |
| D560,165 | S | * | 1/2008 | Matityahu | D13/133 |
| D636,728 | S | | 4/2011 | Terleski et al. | |
| D657,310 | S | * | 4/2012 | Fahrendorff | D13/110 |
| D661,249 | S | * | 6/2012 | Smith | D13/110 |
| D678,187 | S | | 3/2013 | Huang | D13/103 |
| D682,202 | S | * | 5/2013 | Weaver, Jr. | D13/108 |
| D682,213 | S | | 5/2013 | Byrne et al. | |
| D708,129 | S | * | 7/2014 | Houghton | D13/103 |
| D721,328 | S | * | 1/2015 | Freeman | D13/110 |
| D734,259 | S | * | 7/2015 | Cepress | D13/110 |
| D740,228 | S | * | 10/2015 | Page | D13/139.4 |
| D740,229 | S | | 10/2015 | Page et al. | |
| D743,886 | S | * | 11/2015 | Nomi | D13/108 |
| D744,951 | S | | 12/2015 | Oosterman et al. | |
| D744,953 | S | * | 12/2015 | Byrne | D13/139.4 |
| D755,128 | S | | 5/2016 | Page et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

CA    89845    6/2000
CA    90677    10/2000

(Continued)

*Primary Examiner* — Rosemary K Tarcza
*Assistant Examiner* — Christy Nemeth
(74) *Attorney, Agent, or Firm* — Taylor IP, P.C.

(57)    **CLAIM**

The ornamental design for a desktop receptacle, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a first embodiment of a desktop receptacle showing our new design;
FIG. 2 is a front view thereof;
FIG. 3 is a rear view thereof;
FIG. 4 is a top view thereof;
FIG. 5 is a bottom view thereof;
FIG. 6 is a side view thereof;
FIG. 7 is another side view thereof opposite the side shown in FIG. 6;
FIG. 8 is a perspective view of a second embodiment of a desktop receptacle showing our design; and,
FIG. 9 is a front view of the desktop receptacle shown in FIG. 8.
The broken lines in the drawings are for the purpose of illustrating portions of the desktop receptacle that form no part of the claimed design.

1 Claim, 4 Drawing Sheets




**US D812,009 S**

Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D755,129 S | | 5/2016 | Page et al. |
| D756,303 S | | 5/2016 | Kellenberger et al. |
| D760,647 S | * | 7/2016 | Chen .......................... D13/103 |
| D761,202 S | * | 7/2016 | Aber .......................... D13/108 |
| D761,732 S | * | 7/2016 | Byrne ....................... D13/137.2 |
| D763,790 S | * | 8/2016 | Lei ............................ D13/108 |
| D775,080 S | * | 12/2016 | Newhouse ............... D13/139.4 |
| D795,190 S | * | 8/2017 | Tzeng ........................ D13/110 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 92428 | 5/2001 |
| CA | 104972 | 5/2005 |
| CA | 104970 | 7/2005 |
| CA | 113176 | 4/2007 |
| CA | 113184 | 4/2007 |

\* cited by examiner

**U.S. Patent**  Mar. 6, 2018  Sheet 1 of 4  **US D812,009 S**



Fig. 1



Fig. 2



Fig. 3



Fig. 4

Fig. 5



Fig. 6



Fig. 7

**U.S. Patent**  Mar. 6, 2018  Sheet 4 of 4  US D812,009 S



Fig. 8



Fig. 9